

**LAW OFFICES OF
ERIC FRANZ, P.L.L.C.**
www.efranzlaw.com
**(212) 355-2200 (phone)
(212) 937-2217 (fax)**

December 13, 2019

HON. Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 12/13/19 _ _
```

**Re:  United States v. Andy Perez; 19 Cr. 623 (DAB)**

Dear Judge Batts:

With the consent of A.U.S.A. Alexandra Rothman, I submit this letter to respectfully request a 30 day adjournment of the pretrial conference scheduled for December 17, 2019.  The reason for this request is that the parties are engaged in plea discussions but have not, as of yet, reached a resolution but I am optimistic that a resolution will be accomplished.  This is the first request for an adjournment of a scheduled status conference.

Thus, on behalf of Mr. Perez, I consent to the exclusion of time, between December 17, 2019 and the next scheduled conference, pursuant to 18 U.S.C. §3161(h)(7)(A), so that the parties can continue to engage in discussions to resolve the matter in advance of trial.

I thank the Court for its consideration of this request.

GRANTED. The conference scheduled for December 17, 2019 is adjourned and rescheduled to January 9, 2019 at 11:00 AM. Time is excluded in the interest of justice until then.

SO ORDERED.

Most Respectfully,

_____
Deborah A. Batts
United States District Judge

12/13/19

_____
ERIC FRANZ

---

**New York City**
747 Third Ave. 20th Fl., New York, N.Y. 10017

**Long Island (Mailing Address)**
220 Old Country Road, Mineola, N.Y. 11501