

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Andy Perez*, 19 Cr. 623 (ER)

Dear Judge Ramos:

The Government writes, with the consent of defense counsel, to respectfully request that the upcoming conference in this matter be adjouned *sine die* in light of the recent death of the defendant. The defendant died of complications of COVID-19 on April 5, 2020. The Government anticipates submitting a proposed order of *nolle prosequi* as to the defendant to dispose of this case.

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney

By: _____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc: Defense counsel (by ECF)

---

The May 19 conference is adjourned sine die.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 5/18/2020
New York, New York